FILED
2020 Aug-05  AM 09:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RAYMOND MASON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 5:19-cv-01193-HNJ |
| HIGH SEC LABS INC, | ) ) ) |
| Defendant | ) ) |

## AMENDED RULE 16 SCHEDULING ORDER

The court **GRANTS** the parties' Joint Motion to Extend the Scheduling Order. (Doc. 17).  This order is entered pursuant to the parties' motion, supersedes any prior orders, and governs further proceedings in this action unless modified for good cause shown.

1. **Dispositive Motions:**  All potentially dispositive motions must be filed by December 30, 2020.

2. **Discovery Deadline:**  All discovery must be commenced in time to be completed by November 30, 2020.

3. **Trial:**  The parties shall be ready for trial to be scheduled on or after February 1, 2021.  **This is not an actual trial date; this is only the date on which the case will be considered ready for trial**.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the report of the parties shall apply in this case.

**DONE** this 5th day of August, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE