FILED
2021 Oct-04 AM 11:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RAYMOND MASON,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**HIGH SEC LABS, INC.,** )<br>)<br>**Defendant.** ) | **CASE NO.: 5:19-cv-01193-NAD**<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Ashley R. Rhea (ASB-8736-H81O)
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, Alabama 35233
Telephone: (205) 675-0476
Fax: (205) 386-4383
Email: arhea@rhealawllc.com
Attorney for Plaintiff Raymond Mason